UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

James R. Bowers,

    Debtor.
_____/

Case No. 20-31581
Chapter 13
Honorable Joel D. Applebaum

## OBJECTIONS BY CREDITOR EXTREME INDOOR KART RACING, LLC TO CONVERSION OF THE DEBTOR'S CASE

Now comes the Creditor, Extreme Indoor Kart Racing, LLC, by and through its attorneys, Beadle Smith, PLC and for its Objection to the Debtor's Motion to Convert his Chapter 13 case to Chapter 11 case and its request for Dismissal of this case, states as follows:

1. As indicated to the debtor when this case was originally filed on or about September 22, 2020, the debtor was ineligible to file a bankruptcy case under Chapter 13 as the debtor's unsecured debts exceeded the debt limits of $419,275.00 under 11 U.S.C. § 109(e).[1]

2. Some seven months later, after making sporadic payments to the Chapter 13 Trustee, the debtor now acknowledges that his unsecured debt exceeds the statutory mandate for a limits of unsecured debt for a Chapter 13 bankruptcy.

3. This was and is the debtor's third bankruptcy filing in less than one (1) year and debtor's bankruptcy and previous bankruptcy cases, have all been filed in bad faith, contained false oaths and appear to be orchestrated to manipulate the privilege afforded to debtors to avoid this Creditors Judgment.

4. Extreme is one of three creditors of the debtor. The other two are the Department

---

[1] - See docket no.'s 64 and 65

1

of Treasury and the State of Michigan. Those are the only creditors in this case.

5. The proposed Chapter 13 was proposed in bad faith as the debtor has testified that he as of the date of his filing, he was not entitled to any future rent payments for 2020 for the commercial real property he leases to Amy Hedrick and that his purported wages (without supporting documentation) for the year 2020 were paid in full in advance and he was not entitled to any more wages from his current employer for 2020.

6. Pursuant to the debtor's Statement of Financial Affairs filed in this case, the debtor in the past two (2) years has transferred his interests in two separate business entities, James Bowers Taxes and More and Vinyl Touch Graphix to the debtor's ex-spouse and current fiancé Amy Hedrick for no consideration and has failed to explain the basis or the reasons for these fraudulent transfers all while the Creditors in this bankruptcy were owed substantial monies from the debtor. The debtor and Ms. Amy Hedrick live together. See Exhibit B.

7. The debtor's current schedules are inconsistent and contrary to the schedules the debtor filed in his previous cases since September 2019 and the debtor has made false oaths to this Court, this creditor and his other creditors to their detriment.

8. The debtor does not meet the good faith requirements under the code and has taken actions over the past two years to maliciously injure his Creditors by divesting himself of assets that have substantial value and transferring them to Amy Hendrix who may be a non-statutory insider.

9. The debtor has used these prior bankruptcy filings to manipulate his finances and his asset holdings. The debtor actions, bankruptcy filings and proposed plan lack good faith as required by 11 U.S.C. §1325(a)(3).

10. Debtor, despite being a tax preparer, had unfiled and inaccurate tax returns which he claims to have purportedly filed with the Department of Treasury shortly after this case was filed in contravention of 11 U.S.C. §1325 and 11 U.S.C. §1308.

11. Despite proposing a monthly plan payment of $6,500 per month, the debtor, based on his 341testimony, is entitled to no income or wages in 2020 to fund a plan and therefore the debtor's proposed plan lacks feasibility under 11 U.S.C. §1325(a)(6) and he has failed to timely make his payments to the Chapter 13 Trustee.

12. Prior to March 3, 2021, the debtor had only made two (2) payments to the Trustee despite having an ACH wage order in effect. See Exhibit A.

13. As of the date of the filing of this Motion, the debtor was still delinquent in his plan payments and therefore, conversion should be denied under 11 U.S.C. §1307(c)(4). See Exhibit A.

14. The debtor's actions in the string of Chapter 13 cases that he has filed, including the actions in this case, constitutes unreasonable delay by the debtor that is prejudicial to creditors and therefore, conversion should be denied under 11 U.S.C. §1307(c)(1).

15. Debtor's counsel has a pending fee application that will consume a large portion of the monies on deposit with the Chapter 13 Trustee.[2]

WHEREFORE, the Creditor respectfully requests that this Honorable Court deny motion to convert this case to a Chapter 11 proceeding and dismiss this Chapter 13 case and grant such other and further relief as this Court deems just and equitable.

---

[2] See Docket no 85.

3

Respectfully submitted,

BEADLE SMITH, PLC

/s/ Thomas L. Beadle
THOMAS L. BEADLE (P39203)
Attorney for Creditor
    Extreme Indoor Kart Racing, LLC
445 S. Livernois Road, Suite 305
Rochester Hills, MI 48307
(248) 650-6094, (248) 650-6095, fax
tbeadle@bbssplc.com

Dated: March 25, 2021

# Exhibit A

| 20-31581-JDA | JAMES R. BOWERS | 8367 WILSON • • MONTROSE • MI • 48457 | $6,500.00 MO | Bar Date(s): | 11/30/2020 (has passed) 3/22/2021 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | Not Confirmed |
| | Trustee: Carl L. Bekofske | Attorney: BANKRUPTCY LAW OFFICES | | Case Status: | OPEN CASE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 10/21/2020 | end of plan | $6,500.00 | MONTHLY | ASH TAX SOLUTIONS | 10/23/2020 | None |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 10/21/2020 | 11/20/2020 | $6,500.00 | $6,500.00 |
| 2 | 11/21/2020 | 12/20/2020 | $6,500.00 | $13,000.00 |
| 3 | 12/21/2020 | 1/20/2021 | $6,500.00 | $19,500.00 |
| 4 | 1/21/2021 | 2/20/2021 | $6,500.00 | $26,000.00 |
| 5 | 2/21/2021 | 3/20/2021 | $6,500.00 | $32,500.00 |
| 6 | 3/21/2021 | 4/20/2021 | $6,500.00 | $39,000.00 |
| 7 | 4/21/2021 | 5/20/2021 | $6,500.00 | $45,500.00 |
| 8 | 5/21/2021 | 6/20/2021 | $6,500.00 | $52,000.00 |
| 9 | 6/21/2021 | 7/20/2021 | $6,500.00 | $58,500.00 |
| 10 | 7/21/2021 | 8/20/2021 | $6,500.00 | $65,000.00 |
| 11 | 8/21/2021 | 9/20/2021 | $6,500.00 | $71,500.00 |
| 12 | 9/21/2021 | 10/20/2021 | $6,500.00 | $78,000.00 |
| 13 | 10/21/2021 | 11/20/2021 | $6,500.00 | $84,500.00 |
| 14 | 11/21/2021 | 12/20/2021 | $6,500.00 | $91,000.00 |
| 15 | 12/21/2021 | 1/20/2022 | $6,500.00 | $97,500.00 |
| 16 | 1/21/2022 | 2/20/2022 | $6,500.00 | $104,000.00 |
| 17 | 2/21/2022 | 3/20/2022 | $6,500.00 | $110,500.00 |
| 18 | 3/21/2022 | 4/20/2022 | $6,500.00 | $117,000.00 |
| 19 | 4/21/2022 | 5/20/2022 | $6,500.00 | $123,500.00 |
| 20 | 5/21/2022 | 6/20/2022 | $6,500.00 | $130,000.00 |
| 21 | 6/21/2022 | 7/20/2022 | $6,500.00 | $136,500.00 |
| 22 | 7/21/2022 | 8/20/2022 | $6,500.00 | $143,000.00 |
| 23 | 8/21/2022 | 9/20/2022 | $6,500.00 | $149,500.00 |
| 24 | 9/21/2022 | 10/20/2022 | $6,500.00 | $156,000.00 |
| 25 | 10/21/2022 | 11/20/2022 | $6,500.00 | $162,500.00 |
| 26 | 11/21/2022 | 12/20/2022 | $6,500.00 | $169,000.00 |
| 27 | 12/21/2022 | 1/20/2023 | $6,500.00 | $175,500.00 |
| 28 | 1/21/2023 | 2/20/2023 | $6,500.00 | $182,000.00 |
| 29 | 2/21/2023 | 3/20/2023 | $6,500.00 | $188,500.00 |
| Total | | | | **$188,500.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 10/2020 | $6,500.00 | | | $6,500.00 |
| 2 | 11/2020 | $6,500.00 | $6,500.00 | | $6,500.00 |
| 3 | 12/2020 | $6,500.00 | $6,500.00 | | $6,500.00 |
| 4 | 1/2021 | $6,500.00 | | | $13,000.00 |
| 5 | 2/2021 | $6,500.00 | | | $19,500.00 |
| 6 | 3/2021 | $6,500.00 | $13,000.00 | | $13,000.00 |

**Total Delinquent Amount: $13,000.00**



| 20-31581-JDA | | JAMES R. BOWERS | 8367 WILSON • • MONTROSE • MI • 48457 | $6,500.00 MO | Bar Date(s): | 11/30/2020 (has passed) 3/22/2021 (has passed) |
|---|---|---|---|---|---|---|
| | | | | | Confirmed: | Not Confirmed |
| | | Trustee: Carl L. Bekofske | Attorney: BANKRUPTCY LAW OFFICES | | Case Status: | OPEN CASE |

## Financials

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 3/9/2021 | | | X334 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $6,500.00 | |
| 3/9/2021 | | **CHAPTER 13 TRUSTEE AT FLINT | | TRUSTEE FEE | | $650.00 |
| 3/3/2021 | | | X310 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $6,500.00 | |
| 3/3/2021 | | **CHAPTER 13 TRUSTEE AT FLINT | | TRUSTEE FEE | | $650.00 |
| 12/30/2020 | | | XXX6241 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $6,500.00 | |
| 12/30/2020 | | **CHAPTER 13 TRUSTEE AT FLINT | | TRUSTEE FEE | | $650.00 |
| 11/4/2020 | | | XXX6431 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $6,500.00 | |
| 11/4/2020 | | **CHAPTER 13 TRUSTEE AT FLINT | | TRUSTEE FEE | | $650.00 |
| | | | | Totals: | $26,000.00 | $2,600.00 |

# Exhibit B

| Label Matrix for local noticing<br>0645-4<br>Case 20-31581-jda<br>Eastern District of Michigan<br>Flint<br>Thu Mar 25 16:27:52 EDT 2021 | Amy Hedrick  d/b/a/<br>Ash Tax Solutions<br>8367 Wilson Road<br>Montrose, MI 48457-9198 | Thomas L. Beadle<br>Beadle Smith, PLC<br>445 South Livernois Road<br>Suite 305<br>Rochester Hills, MI 48307-2577 |
|---|---|---|
| Carl Bekofske<br>400 N. Saginaw Street<br>Suite 331<br>Flint, MI 48502-2045 | James R. Bowers<br>8367 Wilson<br>Montrose, MI 48457-9198 | Credit Services<br>PO Box 6428<br>Saginaw, MI 48608-6428 |
| Kevin Erskine<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | Extreme Indoor Kart Racing. LLC<br>c/o Beadle Smith, PLC<br>445 S. Livernois, Ste 305<br>Rochester Hills, MI 48307-2577 | Extreme Indoor Karts<br>2259 W Vienna Rd<br>Clio, MI 48420-2153 |
| Leo Foley Jr.<br>2425 S. Linden Road<br>Suite C<br>Flint, MI 48532-5474 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | George E. Jacobs<br>Bankruptcy Law Offices<br>2425 S. Linden Road<br>Suite C<br>Flint, MI 48532-5474 |
| Katherine Carr Kerwin<br>3030 W. Grand Blvd.<br>Suite 10-200<br>Detroit, MI 48202-6030 | Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909<br>5 48909-7668 | State of Michigan<br>Collection Div.<br>P.O. Box 30199<br>Lansing, MI 48909-7699 |
| State of Michigan<br>Collection/Bankruptcy Unit<br>POB 30158<br>Lansing, MI 48909-7658 | State of Michigan, Department of Treasury<br>Michigan Department of Treasury<br>Cadillac Place<br>3030 W. Grand Blvd., Ste. 10-200<br>Detroit, MI 48202-6030 | United States of America (IRS)<br>United States Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Extreme Indoor Kart Racing LLC

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

In re:

James R. Bowers,

        Debtor.
_____/

Case No. 20-31581
Chapter 13
Honorable Joel D. Applebaum

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2021, I electronically filed the **Creditor's Objections to Debtor's Request for Conversion and** this Certificate of Service **and served same on all ECF participants and** on the following parties at these addresses by regular first class mail:

James R. Bowers
8637 Wilson
Montrose, MI    48457

                                        /s/ Thomas L. Beadle
                                        Thomas L. Beadle (P39203)
                                        Beadle Smith, PLC
                                        Attorneys for Creditor Extreme
                                        445 South Livernois, Suite 305
                                        Rochester Hills, MI 48307-2577
                                        (248) 650-6094, Ext. 18; (248) 650-6095 (fax)
                                        tbeadle@bbssplc.com

5

20-31581-jda    Doc 86    Filed 03/25/21    Entered 03/25/21 17:14:38    Page 10 of 10